Opinion issued January 27,
2012.








 



 

 

 

 









 








 

     

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-11-00640-CV

____________

 

duane abshire,
Appellant

 

V.

 

enseco energy services corp., Appellee

 

 

 



On Appeal from the 412th Judicial District Court 

Brazoria County, Texas

Trial Court Cause No. 63091

 

 

 



MEMORANDUM
OPINION

          This is an
appeal from a judgment signed July 20, 2011.  On January 25, 2012, the parties filed a joint
motion to dismiss the appeal. See Tex. R. App. P. 42.1. 

The motion is granted and the appeal
is dismissed.  See Tex. R. App. P. 42.1(a)(2), 43.2(e).  We
dismiss any other pending motions as moot.  The Clerk is directed to issue mandate within
10 days of the date of this opinion.  See
Tex. R. App. P. 18.1.

                                                  PER CURIAM

 

Panel consists of Justices
Keyes, Bland, and Sharp.